## Williamsport *v.* Williamsport Water Company, Appellant.

Argued March 13, 1911.  Appeal, No. 316, Jan. T., 1910, by defendant, from decree of C. P. Lycoming Co., March T., 1908, No. 2, on bill in equity in suit of The City of Williamsport v. Williamsport Water Company.  Before FELL, C. J., BROWN, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ.  Reversed.

OPINION BY MR. JUSTICE MOSCHZISKER, July 6, 1911:

This is a companion appeal to the case of City of Williamsport v. Citizens Water & Gas Company, ante, p. 232, an opinion in which was filed to-day.  For the reasons there given, the decree is set aside and the record is remitted with directions to transfer the cause to the law side of the court; all costs to abide the final determination thereof in the court below.

Mr. Justice MESTREZAT and Mr. Justice POTTER dissent.